UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Robelin David Marrero-Ubri,<br><br>　　　　　　Defendant. | Case No. 24-cr-127 (SRN/TNL)<br><br>**AMENDED ARRAIGNMENT NOTICE AND SCHEDULING ORDER** |

This matter comes before the Court on Defendant Robelin David Marrero-Ubri's Motion to Extend Dates, ECF No. 19, and Motion to Exclude Time Under the Speedy Trial Act, ECF No. 20. Defendant has also filed a Statement of Facts in Support of Defendant's Motion to Exclude Time Under the Speedy Trial Act, ECF No. 21.

Defendant requests that the June 6, 2024 motions-filing deadline be extended to August 9, 2024, and all other concomitant dates as well as the arraignment be adjusted accordingly. Defendant states that he and his attorney need additional time to discuss "recently received information from the Government." ECF No. 19 at 1; *see also* ECF No. 21 at 1. The Government has no objection to the requested extension.

Pursuant to 18 U.S.C. § 3161(h), the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion to Extend Dates, ECF No. 19, is **GRANTED**.

2. Defendant's Motion to Exclude Time Under the Speedy Trial Act, ECF No. 20, is **GRANTED**.

3. The period of time from **the date of this Order through August 9, 2024**, shall be excluded from Speedy Trial Act computations in this case.

4. An arraignment hearing will be held before Magistrate Judge Tony N. Leung on **September 16, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415.

5. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 9, 2024.** D. Minn. LR 12.1(c)(1).  Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

6. **Counsel shall electronically file a letter on or before August 9, 2024, if no motions will be filed and there is no need for a hearing.**

7. All responses to motions shall be filed by **August 23, 2024**.  D. Minn. LR 12.1(c)(2).

8. Any Notice of Intent to Call Witnesses shall be filed by **August 23, 2024**.  D. Minn. LR 12.1(c)(3)(A).

9. Any Responsive Notice of Intent to Call Witnesses shall be filed by **August 28, 2024**.  D. Minn. LR 12.1(c)(3)(B).

10. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

11. If required and subject to further order of the Court, the motions hearing shall be heard before Magistrate Judge Tony N. Leung on **September 16, 2024, at 1:30 p.m.**, in **Courtroom 9W**, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota 55415. D. Minn. LR 12.1(d).

12. **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Susan Richard Nelson to confirm the new trial date.**

Dated: June __6__, 2024

                                           *s/ Tony N. Leung*
                                           Tony N. Leung
                                           United States Magistrate Judge
                                           District of Minnesota

                                           *United States v. Marrero-Ubri*
                                           Case No. 24-cr-127 (SRN/TNL)